

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2017

No. 04-16-00556-CV

**ESTATE OF ADAN J. DOMINGUEZ, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015PC2096
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

On January 5, 2017, we issued an order affirming the trial court's finding that Appellant Veronica Dominguez Evans was able to afford court costs associated with this case. *See* TEX. R. CIV. P. 145. Therefore, appellant is required to pay the applicable filing fee in this appeal. Texas Rule of Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay— at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We, therefore, ORDER appellant, within ten (10) days of the date of this order, to pay the applicable filing fee in this appeal. If appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court